

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

GERALD C. MANN

XXXXXXXXXXXXXXX

**ATTORNEY GENERAL**

Honorable L. R. Thompson
County Auditor
Taylor County
Abilene, Texas

Dear Sir:

Opinion No. 0-4000
Re:  School Trustees contracting
with a member of their board.

This department has received your request for an opinion.
We quote below the body of your letter.

"Will you please let us have your opinion stating
whether an Independent School Board in this State may
legally pay out the funds of their School District to
a member of their Board who is also in the automobile
repair business and who sells to the Board School buses
and other automotive supplies and contracts with the
Board to make repair on their automotive equipment,
said board member being local manager of the concern
doing the repair and making the sales on the items
mentioned and having a working interest in the con-
cern.

"Will you also say if a local manager of a
utility Company furnishing electricity for light-
ing and other purposes to an Independent School Board
and selling said Board Lighting equipment can legally
hold membership on said Board.

". . . . . . . ."

We advise you on the basis of departmental opinions
covering analogous situations that the contracts of sale or
service referred to in your letter are void on the ground that
they are contrary to public policy.  Consequently, school
district funds can not be legally expended pursuant to the terms
of those contracts.

We enclose our opinions numbered 0-878, 1014, and 1589
for detailed information.

We now consider your second question. You inquire if the local manager of the utility company who sells his products to the school board may legally be a member of that board. Upon the facts before us, we can conceive of no reason why he could not legally be a member of the board; however, subject to removal from office by the exercise of the district judge's discretion under the provisions of Article 5970, R.C.S., 1925. You are referred to departmental opinion No. 0-1589, which holds that a trustee in a similar situation may be removed.

We trust that this fully answers your inquiry.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By s/Wm. J. Fanning
Wm. J. Fanning
Assistant

By s/Grundy Williams
Grundy Williams

GW:mp:wc
Enclosures
   Opinions Nos. 0-878,
   1014, 1589.


APPROVED  OCT 10, 1941
s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL


APPROVED OPINION COMMITTEE BY s/BWB Chairman